# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-00495-RPM

JEAN NYGAARD,

    Plaintiff,

v.

ANTHEM, INC.

    Defendant.

_____

## ORDER
_____

Upon consideration and for good cause shown, the parties' Stipulation of Substitution [Doc. 11] is GRANTED.

Going forward, the named defendant in this matter is Anthem, Inc., the docket will be amended to reflect this change, and the caption to be used going forward is the above-styled caption.

IT IS SO ORDERED THIS 4th DAY OF JUNE, 2015.

DATED: June 4th, 2015

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge