## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLORADO
Case No. 1:15-cv-00495-RPM

Case No. 1:15-cv-00495-RPM

JEAN NYGAARD,

     Plaintiff,

v.

ANTHEM, INC.

Defendant.\

---

## STIPULATED ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION
## DEADLINES FOR GOOD CAUSE

---

Based on the Stipulation of the parties (Dkt. 23) and good cause shown,

**IT IS HEREBY ORDERED** that the deadlines in this case are amended as follows:

Discovery deadline is June 16, 2016

Dispositive motion deadline is July 18, 2016

Date: April 19, 2016

BY THE COURT:

s/Richard P. Matsch

_____

**Richard P. Matsch, Senior Judge**